USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARKETING TECHNOLOGY SOLUTIONS, INC.,     No. 09 Civ. 8122 (LMM)

                          Plaintiff,

- against -

MEDIZINE LLC, DANIEL BRANDT, MICHAEL
ROWSOM, and ETRUVIAN, INC.

                          Defendants.

-----------------------------------------------------------x

### [+ ORDER] STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned civil action be and hereby is dismissed with prejudice as to all parties, each party to bear his or its own attorneys' fees and costs and waiving all rights to appeal.

| WILMER CUTLER PICKERING HALE AND DORR LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
|---|---|
| /s/ Brian A. Sutherland<br>Brian A. Sutherland<br>399 Park Avenue<br>New York, NY<br>Tel.: (212) 230-8800<br>Fax: (212) 230-8888<br>brian.sutherland@wilmerhale.com<br><br>Jonathan Rosenfeld<br>Mark G. Matuschak<br>Vinita Ferrera<br>Ariella Feingold<br>60 State Street<br>Boston, MA 02109 | /s/<br>Philip R. Forlenza<br>Gloria C. Phares<br>Carrie A. Syme<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Tel.: (212) 336-2000<br>Fax: (212) 336-2222<br>prforlenza@pbwt.com<br>gcphares@pbwt.com<br>casyme@pbwt.com<br>*Attorneys for Defendant MediZine LLC* |

| | |
|---|---|
| Tel.: (617) 526-6000<br>Fax: (617) 526-5000<br>jonathan.rosenfeld@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ariella.feingold@wilmerhale.com<br>*Attorneys for Plaintiff* | |
| FRANKFURT KURNIT KLEIN & SELZ, P.C.<br><br><br>_____<br>Wendy Stryker<br>Jeremy S. Goldman<br>488 Madison Ave., 10th Floor<br>New York, New York 10022<br>Tel.: (212) 980-0120<br>Fax: (212) 593-9175<br>wstryker@fkks.com<br>jgoldman@fkks.com<br>*Attorneys for Defendants Daniel Brandt and eTruvian, Inc.* | OFFICES OF CATHERINE SIMMONS-GILL, LLC<br><br>*/s/ Catherine Simmons-Gill*<br>_____<br>Catherine Simmons-Gill<br>111 West Washington St.,<br>Suite 1051<br>Chicago, IL 60602<br>Tel.: (312) 609-6611<br>Fax: (312) 609-6610<br>simmonsgill@gmail.com<br><br>HERNSTANDT & ATLAS LLP<br><br>*/s/ David Atlas*<br>_____<br>David Atlas<br>11 Broadway<br>Suite 615<br>New York, New York 100014<br>Tel.: (212) 809-2501<br>david@heatlaw.com<br><br>*Attorneys for Defendant Michael Rowsom* |

- 10 -

| | |
|---|---|
| Tel.: (617) 526-6000<br>Fax: (617) 526-5000<br>jonathan.rosenfeld@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br>vinita.ferrera@wilmerhale.com<br>ariella.feingold@wilmerhale.com<br>*Attorneys for Plaintiff* | |
| FRANKFURT KURNIT KLEIN &<br>SELZ, P.C.<br><br>*/s/ Wendy Stryker/*<br>Wendy Stryker<br>Jeremy S. Goldman<br>488 Madison Ave., 10th Floor<br>New York, New York 10022<br>Tel.: (212) 980-0120<br>Fax: (212) 593-9175<br>wstryker@fkks.com<br>jgoldman@fkks.com<br>*Attorneys for Defendants Daniel Brandt and eTruvian, Inc.* | OFFICES OF CATHERINE SIMMONS-GILL, LLC<br><br>Catherine Simmons-Gill<br>111 West Washington St.,<br>Suite 1051<br>Chicago, IL 60602<br>Tel.: (312) 609-6611<br>Fax: (312) 609-6610<br>simmonsgill@gmail.com<br><br>HERNSTANDT & ATLAS LLP<br><br>David Atlas<br>11 Broadway<br>Suite 615<br>New York, New York 100014<br>Tel.: (212) 809-2501<br>david@heatlaw.com<br><br>*Attorneys for Defendant Michael Rowsom* |

*/s/ M.L. 8/30/10*
U.S.D.J.

- 10 -